IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL B. ELLSWORTH,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

   v.                                                Case No.  13-cv-31-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Michael B. Ellsworth reversing the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, denying plaintiff's application for disability and remanding the case to defendant for further proceedings.

| s/ R.Plender, Deputy Clerk | 8/11/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |